# MANGAN GINSBERG LLP

80 Maiden Lane, Suite 304
New York, New York 10038
_____

Phone: (212) 248-2170
Fax: (212) 248-2155
www.Mangan-Ginsberg.com

**VIA ECF**

February 22, 2016

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Jonathan Hicks v. The City of New York, et al.*
               12 CV 5081 (PKC)(SMG)

Dear Judge Chen:

    I represent the plaintiff, Jonathan Hicks, and write to inform you, on behalf of the counsel for all parties, that on Friday, February 19, 2016, the parties agreed to settle all claims according to negotiated terms. We will file a stipulation of dismissal within the next few weeks.

    Thank you for your attention to this matter.

                                               Respectfully Submitted,

                                                      /s/
                                         Michael P. Mangan (MM-5773)

Cc:    Joshua Lax, Esq. (*via ECF*)
         *Counsel for Defendants*