2013-045884
SF- J Lax

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

JONATHAN HICKS,

                                     Plaintiff,

                    -against-

THE CITY OF NEW YORK, THOMAS WHALAN,
SALVATORE FORMICA, FABIAN SANCHEZ, ANDREW
BEDELL and JACKIE FARINA, and JOHN DOES A-F the
name of "Doe" being Fictitious and intended to represent those
Police Officers Involved in the use of lawful search and seizure
and False Imprisonment, assault, battery, use of excessive
force, Intentional infliction of emotion distress, against
Plaintiff,

                                    Defendants.

------------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

12 CV 5081 (PKC) (SMG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to
resolve the remaining issues raised in this litigation, without further proceedings and without
admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by
and between the undersigned, that

    1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York

_Mar 1, 2016_ , 2016

MANGAN GINSBERG LLP
*Attorneys for Plaintiff*
80 Maiden Lane, Suite 509
New York, New York 10038
(212) 248-2171

By: _____
      Michael P. Mangan
      *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
      City of New York
*Attorney for Defendants City of New York,*
      *Formica, Whalen, Bedell, Sanchez, and*
      *Farina*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
      Joshua J. Lax
      *Senior Counsel*

SO ORDERED:

_____
HON. PAMELA K.  CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016